IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>*ex rel.* **JOHN J. MURTAUGH,** *et al.* | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | CIVIL NO.  ELH-13-1820 |
| | : | |
| **ACELL, Inc.** | : | |
| **Defendant.** | : | |

...oOo...

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and the federal False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relator, through their undersigned counsel, hereby stipulate to the voluntary dismissal of claims brought by Relator on behalf of the United States, as outlined below, consistent with the terms of the settlement agreement dated April 26, 2019 (the "Federal Settlement Agreement").  Moreover, the Plaintiff States, Maryland and Florida, through their undersigned counsel, and Relator, through his counsel, hereby stipulate to the dismissal of claims brought by Relator on behalf of the Plaintiff States, as outlined below, consistent with the terms of separate settlement agreements entered into by the States (the "State Settlement Agreements").

More specifically, pursuant to the Federal Settlement Agreement and the State Settlement Agreements, the voluntary dismissal is as follows:

1. The dismissal shall be <u>with prejudice</u> as to the claims of the United States, Plaintiff States, and Relator arising from the Covered Conduct, as defined in the Federal

Settlement Agreement and the State Settlement Agreements;

2. The dismissal shall be <u>without prejudice</u> as to the United States and the Plaintiff States and <u>with prejudice</u> as to Relator as to all other claims pled under the False Claims Act, 31 U.S.C. § 3729, *et. seq.* and analogous provisions under the state False Claims Acts.

This stipulation may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same stipulation.

Respectfully submitted,

Dated: 6/20/19

JOSEPH H. HUNT
Assistant Attorney General

ROBERT K. HUR
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD 21201
Ph: (410) 209-4834

MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
NATALIE WAITES
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2964

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June 2019, a copy of the foregoing United States' Stipulation of Dismissal and a copy of the proposed Order were sent by first class mail, postage prepaid, to:

James Young, Esquire
Morgan & Morgan
201 One Tampa City Center, 7th Floor
Tampa, Florida  33602

Michael S. Rothman, Esquire
Law Office of Mike Rothman
401 East Jefferson Street, Suite 201
Rockville, Maryland 20850

Melissa Bayer Tearney, Esquire
Choate, Hall and Stewart, LLP
Two International Place
Boston, MA 02110

_____
Thomas F. Corcoran
Assistant United States Attorney

Dated: __6/20/19__                                   _____
                                                     James Young, Esquire
                                                     Morgan & Morgan
                                                     201 One Tampa City Center, 7th Floor
                                                     Tampa, Florida  33602

                                                     *Counsel for Relator John Murtaugh*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN J. MURTAUGH, *et al.* : | |
| Plaintiff, : | |
| v. : | CIVIL NO. ELH-13-1820 |
| ACELL, Inc. : | |
| Defendant. : | |

...oOo...

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relator filed a Stipulation of Dismissal. Upon consideration of the Stipulation, and the papers on file in this action,

IT IS HEREBY ORDERED that,

1. Consistent with the terms and conditions of the settlement agreements executed by the parties, all claims asserted on behalf of the United States and the Plaintiff States and Relator against ACell, Inc. concerning the Covered Conduct as defined in the parties' settlement agreements are dismissed with prejudice; and

2. Consistent with the terms of the settlement agreements, all other claims against ACell, Inc. are dismissed without prejudice as to the United States and the Plaintiff States and with prejudice as to Relator.

**SO ORDERED.**

DATED: _____    _____
HON. ELLEN L. HOLLANDER
UNITED STATES DISTRICT JUDGE